CUTLER & ASSOCIATES, LTD.
ATTORNEYS AT LAW
4131 Main St.
SKOKIE, ILLINOIS 60076

TELEPHONE (847) 673-8600
FAX (847) 673-8636

August 25, 2020

Notice of withdrawal of claim #21-1

**Bankruptcy Case No. # 19-16984 Elizabeth F Hadad**

**Dear Bankruptcy Court Clerk,**

**Please accept this letter as our formal withdrawal for the claim our office filed on December 20, 2019 Proof of Claim: #21-1, for Department of Education/Nelnet as our claim is a duplicate.**

    Sincerely,

    /s/David Cutler
    Attorney at Law
    Cutler & Associates, Ltd.
    4131 Main St.
    Skokie, IL 60076
    Phone: 847-673-8600
    Fax: 847-673-8636